**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MOLETECH GLOBAL HONG KONG LTD,<br><br>Plaintiff,<br><br>v.<br><br>POJERY TRADING CO. et al. .,<br><br>Defendant. | No. C 09-00027 SBA<br><br>**ORDER**<br><br>[Docket No. 10] |

Before the Court is plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction against Defendant [Docket No. 26]. The Court ORDERS Defendants to file their opposition to the motion, if any, by 4:00 p.m. on January 20, 2009. The matter will be deemed fully briefed upon the submission.

IT IS SO ORDERED.

January 16, 2009

_____
Saundra Brown Armstrong
United States District Judge