YITAI HU (Bar No. 248085)
ELIZABETH H. RADER (Bar No. 184963)
ELIZABETH A. FIERMAN (Bar No. 231474)
ALSTON & BIRD LLP
Two Palo Alto Square
Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com
elizabeth.fierman@alston.com

Attorneys for Plaintiff
MOLETECH GLOBAL HONG KONG LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOLETECH GLOBAL HONG KONG LTD<br>Organized and Incorporated Under The Laws<br>Of Hong Kong<br><br>                          Plaintiff,<br><br>   vs.<br><br>POJERY TRADING CO. of Taiwan, and<br>POTTERY TRADING USA, a California<br>Corporation,<br><br><br>Defendants.<br><br>POJERY TRADING CO. LTD.; POTTERY<br>TRADING USA, INC.,<br><br>             Counterclaimants,<br><br>   v.<br><br>MOLETECH GLOBAL HONG KONG LTD.;<br>MTECH FUEL SAVER, INC.; ANDREW<br>KELLY,<br><br>             Counter-Defendants. | Case No. 4:09-cv-00027-SBA<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR RULE 26(a) INITIAL DISCLOSURES**<br><br>**[L.R. 6-2]**<br><br>Hon. Saundra Brown Armstrong<br><br>Date:   n/a<br>Time:   n/a<br>Ctrm:   n/a<br><br>DEMAND FOR JURY TRIAL |

STIPULATED REQUEST FOR ORDER                                                                        CASE NO. 4:09-cv-00027-SBA
CHANGING TIME & [PROPOSED] ORDER

1

1    WHEREAS Defendants' Counterclaim ("Counter-Complaint," Dkt. 40) has been served on
2  Plaintiff Moletech Global but not on Counter-Defendants Mtech Fuel Saver and Andrew Kelly;
3    WHEREAS the deadline to complete initial disclosures under Fed. R. Civ. P. 26(a) was set for
4  **4/28/2009** by the Court's Order Setting Initial Case Management Conference and ADR Deadlines
5  (Dkt. 2);
6    WHEREAS the Initial CMC was originally set for **5/5/2009** by the same Order (Dkt. 2), was
7  then extended to **5/6/2009** by the Court's Case management Scheduling Order For Reassigned Civil
8  Cases (Dkt. 9), and was then further extended to **6/9/2009** by the Clerk's Notice dated April 28, 2009
9  (Dkt. 46);
10   WHEREAS the parties are attempting to meet in person to negotiate early settlement and wish
11 to minimize litigation expenditures associated with producing and exchanging initial disclosures;
12   WHEREAS the schedule for this case would not be affected by extending the deadline to
13 complete initial disclosures to the default deadline provided in Fed. R. Civ. P. 26(a)(1)(C) -- i.e., 14
14 days after the Initial CMC;
15   WHEREAS Plaintiff Moletech Global and Defendants Pojery and Pottery, acting through
16 their counsel, have negotiated a compromise that July 30, 2009 is an appropriate deadline by which to
17 complete Court-ordered ADR;
18   The parties therefore stipulate and ask the Court to order as follows:
19   1.   The deadline to complete initial disclosures under Fed. R. Civ. P. 26(a) shall be
20        governed by the default rule provided in Fed. R. Civ. P. 26(a)(1)(C).
21   2.   The deadline to complete Court-ordered ADR is July 30, 2009.

STIPULATED REQUEST FOR ORDER                                          CASE NO. 4:09-cv-00027-SBA
CHANGING TIME & [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: April 30, 2009 | Respectfully submitted |
| 2 | | |
| 3 | | ALSTON & BIRD LLP<br>Two Palo Alto Square<br>Suite 400 |
| 4 | | Palo Alto, CA 94306-2112<br>Telephone: (650) 838-2000 |
| 5 | | Facsimile: (650) 838-2001 |
| 6 | | By:_____/s/ Elizabeth Rader_____<br>                Elizabeth H. Rader |
| 7 | | Attorneys for Plaintiff |
| 8 | | MOLETECH GLOBAL HONG KONG LTD |

James Cai
SCHEIN & CAI LLP
111 W. Saint John Street
Suite 1250
San Jose, CA  95113
Telephone:  (408) 436-0789
Facsimile:   (408) 436-0758


By: _____/s/ James Cai_____

Attorneys for Defendants POJERY TRADING CO. of Taiwan, and POTTERY TRADING USA, a California Corporation.

**ORDER**

Having considered the above stipulation, the Court finds that there is good cause to reset the following dates and it is hereby ORDERED as follows:

1. The deadline to complete initial disclosures under Fed. R. Civ. P. 26(a) shall be governed by the default rule provided in Fed. R. Civ. P. 26(a)(1)(C).
2. The deadline to complete Court-ordered ADR is July 30, 2009.

IT IS SO ORDERED.

Dated: 5/4/09                                                   _____
                                                                Saundra B. Armstrong
                                                                UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Elizabeth H. Rader, attest that concurrence in the filing of this document has been obtained.

                            /s/ Elizabeth Rader
                              Elizabeth H. Rader

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on April 30, 2009 with a copy of this via the Court's CM/ECF system.

    Jimmy C.K. Wang, Esq.    jimmy@infolawfirm.com

    James Cai, Esq.    jcai@sacattorneys.com

                      By:   /s/ Elizabeth H. Rader
                             Elizabeth H. Rader

Attorneys for Plaintiff
MOLETECH GLOBAL HONG KONG LTD