YITAI HU (Bar No. 248085)
ELIZABETH H. RADER (Bar No. 184963)
ALSTON & BIRD LLP
Two Palo Alto Square, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

ELIZABETH A. FIERMAN (Bar No. 231474)
ALSTON & BIRD LLP
333 South Hope Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 576-1028
Facsimile: (213) 576-1100
elizabeth.fierman@alston.com

Attorneys for Plaintiff
MOLETECH GLOBAL HONG KONG, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOLETECH GLOBAL HONG KONG, LTD., <br><br> Plaintiff, <br> v. <br><br> POJERY TRADING COMPANY, LTD. and POTTERY TRADING USA, INC., <br><br> Defendant. | Case No. 4:09-cv-00027-SBA <br><br> **STIPULATION & [PROPOSED] ORDER CANCELING DISCOVERY REQUESTS** |
| POJERTY TRADING CO. LTD.; POTTERY TRADING USA, INC., <br><br> Counter-Claimants, <br> v. <br> MOLETECH GLOBAL HONG KONG LTD.; MTECH FUEL SAVER, INC.; ANDREW KELLY, <br><br> Counter-Defendants. | |

WHEREAS this case is currently scheduled for a settlement conference with Magistrate Judge Zimmerman on September 17, 2009;

WHEREAS the Parties believe they are currently positioned to settle this case with appropriate assistance, and wish to avoid the expenses of conducting discovery practice that may district the parties from settlement negotiations and unnecessarily burden the parties during settlement negotiations,

NOW, THEREFORE, the parties hereby stipulate and ask the Court to order as follows:

1. The Parties are not to serve any further discovery requests until after a settlement conference is held, or until September 18, 2009, whichever is earlier; and

2. Defendants' interrogatories and requests for production, both served June 8, 2009, are considered withdrawn without prejudice to Defendants' right to serve the same or different discovery requests at a later date.

Dated: July 8, 2009                         Respectfully submitted,

/s/ Elizabeth H. Rader
Elizabeth H. Rader

Attorneys for Plaintiff
MOLETECH GLOBAL HONG KONG, LTD

Dated: July 8, 2009                         Respectfully submitted,

/s/    James Cai
James Cai

Attorneys for Defendants
POJERY TRADING CO. and POTTERY TRADING USA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Elizabeth H. Rader, am the ECF User whose ID and password are being used to file this **STIPULATION & [PROPOSED] ORDER CANCELING DISCOVERY REQUESTS**. In compliance with General Order 45, paragraph X.B., I hereby attest that James Cai has concurred in this filing.

Dated: June 8, 2009

Respectfully submitted,
ALSTON & BIRD LLP
By:  /s/  Elizabeth H. Rader
    Elizabeth H. Rader
Attorneys for Plaintiff, Moletech Global Hong Kong, Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/10/09

_____
Saundra B. Armstrong
Saundra Brown Armstrong
DISTRICT COURT JUDGE